UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE O'DELL,<br><br>Petitioner,<br><br>v.<br><br>RANDY L. TEWS, et al.,<br><br>Respondents. | Case No. EDCV 15-905 JLS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition"), and all of the records herein, including Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

    IT IS ORDERED that the Petition is dismissed without prejudice because this Court lacks habeas subject matter jurisdiction over petitioner's claims.

///
///
///
///
///

1

2

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 12, 2016



_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE