UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE O'DELL,<br><br>              Petitioner,<br><br>         v.<br><br>RANDY L. TEWS, et al.,<br><br>           Respondents. | Case No. EDCV 15-905 JLS(JC)<br><br>JUDGMENT |

_____

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is dismissed.

IT IS SO ADJUDGED.

DATED: September 12, 2016

_____

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE